IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | CASE NO. 7:15CV00522 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WARDEN E. BARKSDALE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion for leave to file an amended complaint (ECF No. 10) is **GRANTED**, and the clerk is directed to docket the amended complaint and attachments separately as an amended complaint;

2. The clerk **SHALL** change the spelling of Defendant Gallihar's name on the court's docket, to reflect the spelling used in the amended complaint; and

3. Plaintiff's motions for interlocutory injunctive relief (ECF No. 1, 6, 11, and 18) are **DENIED**.

ENTER: This 16th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge