CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 3 0 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | CASE NO. 7:15CV00522 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WARDEN E. BARKSDALE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Plaintiff in this prisoner civil rights action has filed five motions, seeking interlocutory relief. Specifically, plaintiff has asked for immediate, court-ordered relief before the defendants have had an opportunity to respond to his complaint under 42 U.S.C. § 1983. The court has denied all of plaintiff's motions, finding that he has failed to predict that he will suffer irreparable harm during the litigation without court intervention. None of plaintiff's claims has been dismissed on its merits, and the clerk is currently attempting service of the complaint on the defendants, so they can respond and the litigation can continue. Plaintiff now submits a motion asking the court to reconsider denial of his five motions for interlocutory relief. For the reasons given in the prior memorandum opinions, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion (ECF No. 28) is **DENIED**.

ENTER: This 30th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge