CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 18 2015

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | CASE NO. 7:15CV00522 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| WARDEN EARL BARKSDALE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion for interlocutory injunctive relief (ECF No. 32) is **DISMISSED** without prejudice in this case; but the clerk is **DIRECTED** to file a copy of this motion as a new and separate civil action under 42 U.S.C. § 1983, and motion for preliminary injunction, against "Unnamed Defendants," and the court will address plaintiff's motion in that new case by separate order.

ENTER: This 17th day of December, 2015.

_____
Chief United States District Judge