CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 08 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | CASE NO. 7:15CV00522 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN EARL BARKSDALE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions for interlocutory injunctive relief (ECF Nos. 37 and 38) are **DISMISSED** without prejudice in this case; but the clerk is **DIRECTED** to file copies of these pleadings as a new motions for preliminary injunction in plaintiff's recently filed civil action, Case No. 7:15CV00679, and the court will address plaintiff's motions in that new case by separate order.

ENTER: This 8th day of January, 2016.

/s/ Glen E. Conrad
Chief United States District Judge