CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

9/20/2016

JULIA C. DUDLEY, CLERK
BY: s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | CASE NO. 7:15CV00522 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| WARDEN E. BARKSDALE, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendants' motion for summary judgment on the ground of failure to exhaust administrative remedies (ECF No. 45), as required under 42 U.S.C. § 1997e(a), is **GRANTED**; plaintiff's motion for summary judgment on the ground of alleged fraud upon the court (ECF No. 49) is **DENIED**; plaintiff's claims are **DISMISSED** without prejudice; and the clerk shall **STRIKE** this case from the active docket of the court.

ENTER: This 20th day of September, 2016.

_____
Chief United States District Judge